UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

Jonathan Bell, et al.,

                             Plaintiffs,

        -against-

City of New York, et al.,

                            Defendants.

----------------------------------------------------------------x

**STIPULATION AND ORDER OF WITHDRAWAL AND DISMISSAL WITH PREJUDICE**

11CV1885 (KAM) (RML)

WHEREAS, plaintiff Stephen M. Springle agrees to voluntarily withdraw and dismiss the claims raised in this litigation, without further proceedings;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the attorneys for plaintiff Stephen M. Springle and defendants, as follows:

    1.    That any and all claims against defendants by plaintiff Stephen M. Springle arising out of the incident alleged in the complaint in the above-captioned action are hereby voluntarily withdrawn and dismissed with prejudice.

<div style="display: flex;">

Leventhal & Klein, LLP
*Attorneys for Plaintiffs*
45 Main Street, Suite 230
Brooklyn, N.Y. 11201

By: _____
Brett H. Klein
*Attorney for Plaintiffs*

Dated: New York, New York
_____, 2013

MICHAEL A. CARDOZO
Corporation Counsel of the
  City of New York
*Attorney for Defendants City of New York,
Delprete, Regina, Vaccarino, Gigliotti,
Christiano and McDaniel*
100 Church Street, Rm. 3-173
New York, New York 10007

By: _____
Jenny Weng
*Senior Counsel*

SO ORDERED:

_____
HON. KIYO A MATSUMOTO
UNITED STATES DISTRICT JUDGE

</div>

- 2 -