UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

Jonathan Bell, et al.,

                              Plaintiffs,

          -against-

City of New York, et al.,

                              Defendants.

**STIPULATION AND ORDER OF DISMISSAL**

11CV1885 (KAM) (RML)

------------------------------------------------------------------x

       **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned,

       1.    That the above-referenced action is hereby dismissed with prejudice.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

2. That the District Court shall retain jurisdiction over this action for the purpose of enforcing the terms of the settlement reached between the parties and set forth in the stipulation executed by the parties on _April 4_, 2013, notwithstanding the discontinuance of this action in accord with this agreement.

Leventhal & Klein, LLP
*Attorneys for Plaintiffs*
45 Main Street, Suite 230
Brooklyn, N.Y. 11201

By: _____
Brett H. Klein
*Attorney for Plaintiffs*

MICHAEL A. CARDOZO
Corporation Counsel of the
  City of New York
*Attorney for Defendants City of New York,
Delprete, Regina, Vaccarino, Gigliotti,
Christiano and McDaniel*
100 Church Street, Rm. 3-173
New York, New York 10007

By: _____
Jenny Weng
*Senior Counsel*

SO ORDERED:

_____
HON. KIYO A MATSUMOTO
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       _____, 2013